UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELE LYNN and SCOTT LYNN, Her Husband,<br><br>Plaintiffs,<br><br>vs.<br><br>PANERA COMPANY (also, known as PANERA BREAD COMPANY), PANERA LLC; FRESH/UNLIMITED, INC, d/b/a, FRESH WAY FOODS, INC.; FENWICK GROUP LLC d/b/a PANERA BREAD PANERA/PANERA BREAD OF PHILLIPSBURG; ABC CORPORATION(S) 1 -10 (fictitious entities); JOHN and JANE DOES 1-20 (fictitious persons),<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.:<br><br><br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE THAT** on August 22, 2018, based on the following allegations, Defendant Panera, LLC (erroneously named as Panera Bread a/k/a Panera Bread Company and Panera Bread Company) did and hereby does remove this action from the Superior Court of New Jersey, Middlesex County, Docket No. MID-L-4304-18, to the United States District Court for the District of New Jersey on the basis of diversity of citizenship.

**SUMMARY OF CASE BACKGROUND**

1. A civil action allegedly brought in negligence, and styled *Michelle Lynn vs. Panera Company (also known as Panera Bread Company); Panera, LLC, Fresh Unlimited, Inc., d/b/a Freshway Foods, Inc.; Fenwick Group LLC d/b/a Panera Bread; Panera/Panera Bread of Phillipsburg; ABC Corporation(s) 1-10 (fictitious entities), John and Jane Does 1-20 (fictitious names)*, was commenced on July 20, 2018 via the filing of a Complaint in the Superior Court of New Jersey, Middlesex County Vicinage, which was assigned Docket Number MID-L-4304-18.

A copy of same is attached as Exhibit A. Plaintiff purportedly served Panera on July 23, 2018 by delivering a copy of the Complaint to Panera's corporate office.

2. Pursuant to 28 U.S.C. § 1446(a) and Local Civil Rule 5.1(e), true and correct copies of all process, pleadings and orders in this matter that were filed with the Superior Court of New Jersey for Middlesex County and served or attempted to be served upon Defendant are collectively appended hereto as Exhibit A.

3. Per the Complaint, this action concerns a claim by Plaintiffs that they sustained injuries as a result of consuming a salad purchased from Panera that contained allegedly contaminated romaine lettuce. *See Exhibit A, Complaint, General Allegations, at ¶¶ 16-20.*

## BASES FOR REMOVAL OF ACTION

4. This Notice of Removal is filed within thirty (30) days of the service - if any - of Plaintiff's Complaint upon Defendant. Said service would constitute the initial pleading setting forth the claim for relief upon which Plaintiffs' action against Defendants is based.

5. Upon information and belief, this action concerns a matter in controversy exceeding the sum or value of $75,000, exclusive of interest and costs. In their Complaint, Plaintiffs claim that as a result of Defendants' alleged negligence, Ms. Lynn became "began to experience diarrhea/bloody diarrhea, severe cramping and severe abdominal pain" and was hospitalized from March 26, 2018, through April 1, 2018. *See Exhibit A, Complaint, General Allegations, at ¶¶ 22-32.*

6. Given the foregoing, pursuant to 28 U.S.C. §§ 1441 *et seq.*, this action may be removed to this Court on the basis of jurisdiction under 28 U.S.C. § 1332(a) due to the complete diversity of citizenship between Plaintiffs and Defendants.

7. Plaintiffs, who reside at 141 Old River Road, Borough of Milford, New Jersey, are citizens of New Jersey.

8. Defendant, Panera, LLC (erroneously named as Panera Bread a/k/a Panera Bread

Company and Panera Bread Company) is a Delaware limited liability company whose sole member is Panera Bread Company, which itself is a citizen of Delaware and Missouri by virtue of being organized under the laws of Delaware, with its principal place of business located at St. Louis, Missouri.

9. Defendant Fresh Unlimited, Inc. d/b/a Freshway Foods, is a corporation organized under the laws of the State of Ohio and that its principal place of business is also Ohio. *See Exhibit B, Answer filed by Fresh Unlimited in related action*, ¶ 2.

10. Plaintiffs have included Fenwick Group, d/b/a "Panera Bread" as a Defendant alleging "upon information and belief" that the Panera Bread location where the allegedly tainted salad was purchased was a franchise operated by Fenwick. *See Exhibit A, Complaint at ¶¶ 4, 5.* Fenwick does have a principal place of business in New Jersey. However, Fenwick has been erroneously named in this suit as it has no connection whatsoever to the Panera Bread location in issue, which is owned and operated by Panera, LLC. *See Exhibit C, Certification of ___ Lawrence Beilenson, VP and General Counsel for Panera Bread Company.*

11. As required by law, after the filing of this Notice of Removal with this Court, Defendant will (i) promptly serve notice of the said filing upon counsel for Plaintiffs, and (ii) promptly file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of New Jersey for Middlesex County. *See*, 28 *U.S.C. § 1446(d)*.

12. Pursuant to *Fed.R.Civ.P.* 7.1(a), appended to this Notice is Defendant's corporate disclosure statement. *See Corporate Disclosure Statement of Defendant Panera, LLC, a true and correct copy of which is attached hereto as Exhibit D*.

13. By filing this Notice of Removal, Defendant does not waive any defense which may be available to them in this action.

14. Further, Defendant demands a jury trial. *See Fed.R.Civ.P. 38*.

**WHEREFORE**, Defendant Panera, LLC (erroneously named as Panera Bread a/k/a

Panera Bread Company and Panera Bread Company) respectfully requests that this Honorable Court assume subject matter jurisdiction over this action on the grounds of diversity jurisdiction as set forth in this Notice of Removal.

                                    Respectfully submitted by,

Dated:  August 22, 2018         *D. Scott Conchar*
                                    D. Scott Conchar (DC9259)

                                    LAW OFFICES OF WILLIAM E. STAEHLE
P.O. Box 2903
Hartford, CT  06104-2903
E-mail:  dconchar@travelers.com
(973) 631-7309
Attorneys for Defendant, Panera, LLC (erroneously named as Panera Bread a/k/a Panera Bread Company and Panera Bread Company)